UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALZA CORPORATION and ORTHO-MCNEIL-PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC. and TEVA PHARMACEUTICALS USA, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 11-395-RGA |

## FINDINGS OF FACT

Upon the consent and request of the parties, the Court hereby makes the following Findings of Fact and issues the following Consent Judgment and Order:

1. Plaintiffs charged Defendants with infringement of U.S. Patent No. 6,930,129 ("the '129 patent") based on the filing by Impax of Abbreviated New Drug Application No. 76-535 (the "ANDA") seeking approval to engage in the commercial manufacture, use, and/or sale of an extended release pharmaceutical drug product containing methylphenidate hydrochloride as described in the ANDA (the "ANDA Product").

2. Defendants admit that the '129 patent is valid and enforceable with respect to the ANDA Product, and that the commercial manufacture, use, offer for

sale and/or sale of the ANDA Product within the United States, and/or the importation of such products into the United States, before the expiration of the '129 Patent, other than in accordance with a license or other authorization from Plaintiffs, would infringe such patent. Plaintiffs shall not rely upon or assert such admission as against Defendants in any cause of action, litigation or proceeding in connection with any products other than the ANDA Product.

3. The parties agree that the dismissal of this action shall not be construed as an admission or waiver as to any factual or legal matter by the parties with respect to any products other than the ANDA Product.

4. The parties have entered into a Settlement Agreement resolving the above dispute and consenting to the entry of this Consent Judgment and Order.

**CONSENT JUDGMENT AND ORDER**

Pursuant to the above findings of fact, and upon the consent and request of the parties,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. This action, including all claims, counterclaims, and affirmative defenses which have been or could have been asserted in this action, is dismissed with prejudice.

3. Each party shall bear its own costs and attorney fees.

Dated: September 14, 2012

/s/ Tiffany Geyer Lydon
Steven J. Balick (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
Andrew C. Mayo (I.D. #5207)
**ASHBY & GEDDES**
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-188
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

David T. Pritikin
**SIDLEY AUSTIN LLP**
1 S. Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Jeffrey P. Kushan
Peter S. Choi
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8000
Fax: (202) 736-8700

*Attorneys for Plaintiffs Alza Corporation and Ortho-McNeil-Janssen Pharmaceuticals, Inc.*

SO ORDERED AND ADJUDGED:

Dated: Sept. 14, 2012

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
**PHILLIPS, GOLDMAN & SPENCE, P.A.**
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

Tracey B. Davies
**VINSON & ELKINS, L.L.P.**
2801 Via Fortuna, Suite 100
Austin, Texas 78746
(512) 542-8619
tdavies@velaw.com

Madeline F. Baer
Stephanie Lollo
**VINSON & ELKINS, L.L.P.**
666 Fifth Avenue
26th Floor
New York, NY 10103-0040
(212) 237-0000
mbaer@velaw.com
slollo@velaw.com

*Attorneys for Defendants Impax Laboratories, Inc. and Teva Pharmaceuticals USA, Inc.*

Hon. Richard G. Andrews

3